# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 27, 2024

### NO. 03-24-00160-CV

**D & S Gibson Group, LLC; Dante Gibson, and Sharon Gibson, Appellants**

**v.**

**Lone Ranger Capital Investments REIT, LLC; and Trustee Benjamin K. Williams, Appellees**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on March 5, 2024. Appellant's have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.